**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JINKINS,<br><br>        Plaintiff,<br><br>v.<br><br>HAROLD S. TRUBO;<br>LESLIE C. NEWMAN;<br>CHRIS E. THANOS;<br>MARK A. CONOVER DDS;<br>JOSEPH DANESH, DDS, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 5:17-CV-00010-JGB-SP<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: March 9, 2017

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE